JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| FERNANDO ROSALES; NILDA ROSALES,<br><br>        Plaintiff,<br><br>  v.<br><br>WELLS FARGO BANK, N.A.; U.S. BANK, N.A.; DOES 1–10, inclusive,<br><br>        Defendants. | Case No. 2:15-cv-02638-ODW(JEMx)<br><br>**ORDER TO DISMISS WITHOUT PREJUDICE** |

In light of the Notice of Voluntary Dismissal (ECF No. 11), the Court dismisses the case without prejudice and all dates and deadlines in this action are **VACATED** and taken off calendar, including Defendant U.S. Bank, N.A.'s Motion to Dismiss Plaintiff's Complaint (ECF No. 9). The Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

April 20, 2015

                                              _____
                                                 **OTIS D. WRIGHT, II**
                                          **UNITED STATES DISTRICT JUDGE**